962

No. 98–158. GRADY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–172. BERING STRAIT SCHOOL DISTRICT v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–173. ADVENTURE RESOURCES, INC. v. HOLLAND ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–186. UMIC, INC., ET AL. v. FEDERAL DEPOSIT INSURANCE CORPORATION, AS MANAGER OF THE FSLIC RESOLUTION FUND. C. A. 10th Cir. Certiorari denied.

No. 98–188. HERMAN, SECRETARY OF LABOR v. L. R. WILLSON & SONS, INC. C. A. 4th Cir. Certiorari denied.

No. 98–194. O'NEILL, ON BEHALF OF HERSELF AND THE ESTATE OF O'NEILL, DECEASED, ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–197. ROUTEN v. WEST, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 98–199. ACCESS TELECOMMUNICATIONS, ON BEHALF OF ITSELF AND ALL OTHERS SIMILARLY SITUATED, FKA UNIFIED TELECOMMUNICATIONS, L. L. C. v. SOUTHWESTERN BELL TELEPHONE CO. C. A. 8th Cir. Certiorari denied.

No. 98–204. MAMMOET SHIPPING B. V. ET AL. v. SKY SHIPPING LTD. ET AL.; and
No. 98–353. SKY SHIPPING LTD. v. MAMMOET SHIPPING B. V. ET AL. C. A. 11th Cir. Certiorari denied. Reported below: 139 F. 3d 1450.

No. 98–211. TURLINGTON ET UX. v. ATLANTA GAS LIGHT CO. ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–217. PARK VILLAGE APARTMENTS v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.